ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 • Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel: (714) 964-6900 • Fax: (714) 964-6944
E-mail: lemnlaw@aol.com

Attorneys for Plaintiff Nickolas Berbos

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| NICKOLAS BERBOS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LAND ROVER NORTH AMERICA, INC.,<br><br>　　　　　　　　Defendant. | Case No. SA CV 08-493 CJC (ANx)<br><br>HON. CORMAC J. CARNEY<br>Courtroom 9B<br><br>**JUDGMENT ON RULE 68 OFFER**<br><br>Complaint Filed: May 5, 2008<br>Trial Date: August 25, 2009 |

Defendant has made a Rule 68 Offer of Judgment and Plaintiff has accepted the offer. Accordingly, the Court grants this Judgment in favor of Plaintiff Nickolas Berbos and against Defendant Land Rover North America, Inc. in the amount of $80,000.

Plaintiff Nickolas Berbos shall also recover court costs and reasonable attorney fees from Defendant Land Rover North America, Inc. in the amount of $20,000, or, should Plaintiff refuse the $20,000, in an amount decided by the Court upon noticed motion.

This Judgment is subject to the terms and conditions stated in the offer.

DATED: September 19, 2008

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE